# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Pension Fund of Cement Masons' Union Local Union No. 502, et al. ,

Plaintiff(s),

v.

Global Concrete Corp. ,

Defendant(s).

Case No. 20cv4213
Judge Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $         ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is hereby entered in favor of Plaintiffs PENSION FUND OF CEMENT MASONS' UNION LOCAL UNION NO. 502, et al., and against Defendant GLOBAL CONCRETE CORP. in the amount of $45,000.00.

Plaintiffs are entitled to post-judgment interest at a rate of 7.5% per annum from the date of the entry of the Judgment until payment of the principal is received in full.

This action was *(check one)*:

☐ tried by a jury with Judge           presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Cummings

Date: 5/25/2021	Thomas G. Bruton, Clerk of Court

C. Chambers , Deputy Clerk